| United States Bankruptcy Court<br>Eastern District of Michigan | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Wroblewski, Erwin Francis | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 3137 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>46628 BonaParte Drive<br>Macomb, MI     ZIPCODE 48044 | Street Address of Joint Debtor (No. and Street, City, and State     ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Macomb | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other    N.A.

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Erwin Francis Wroblewski** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:   N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:   NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐   Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X   __/s/ Robert W Lee_____   5-6-11_____<br>       Signature of Attorney for Debtor(s)        Date

</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br><br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br>    _____<br>    (Address of landlord)<br><br>☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)). |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Erwin Francis Wroblewski |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Erwin Francis Wroblewski
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

5-6-11
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

(Date)

### Signature of Attorney*

**X** /s/ Robert W Lee
Signature of Attorney for Debtor(s)

**ROBERT W LEE (P28708)**
Printed Name of Attorney for Debtor(s)

Firm Name

25550 N. River Road
Address

Harrison Twp., MI 48045

(586)469-3556 Robert.W.Lee@comcast.net
Telephone Number          e-mail

5-6-11
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
**Eastern District of Michigan**

In re Erwin Francis Wroblewski
_____
Debtor(s)

Case No._____
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-070I0 - Adobe PDF

❏  3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏  4.  I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ❏  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ❏  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.**);**
    ❏  Active military duty in a military combat zone.

❏  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

    **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  _____ /s/ Erwin Francis Wroblewski _____
                                       ERWIN FRANCIS WROBLEWSKI

Date:  ____ 5-6-11 _____

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski       Case No. _____

**Debtor**       **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re   Erwin Francis Wroblewski _____          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Cash on Hand<br>Debtor's Residence | | 500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking and Savings Account<br>CHRISTIAN FINANCIAL C.U.<br><br>Checking Account<br>CHARTER ONE BANK - OPENED IN FEBRUARY, 2011 | | 10.00<br><br><br>1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc. Household Goods<br>Debtor's Residence | | 4,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Wearing apparel<br>Debtor's Residence | | 600.00 |
| 7.  Furs and jewelry. | | Misc. Jewelry<br>Debtor's Residence | | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re   Erwin Francis Wroblewski                                    Case No. _____
_____
              **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | Accrued Income Tax Refunds for 2011 | | 1,500.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

In re __Erwin Francis Wroblewski_____     Case No. _____
                **Debtor**                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 GMC JIMMY<br>Debtor's Residence | | 3,000.00 |
| | | BUYING 1971 MOBILE HOME FROM THE PARK - NOT TITLED IN DEBTOR'S NAME<br>Debtor's Residence | | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

          __0_____     continuation sheets attached     Total    $      31,110.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re   Erwin Francis Wroblewski                                      Case No. _____
_____
            **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑  11 U.S.C. § 522(b)(2)                          ☐  Check if debtor claims a homestead exemption that exceeds
☐  11 U.S.C. § 522(b)(3)                                $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Cash on Hand | 11 U.S.C. 522(d)(5) | 500.00 | 500.00 |
| Checking and Savings Account | 11 U.S.C. 522(d)(5) | 10.00 | 10.00 |
| Checking Account | 11 U.S.C. 522(d)(5) | 1,000.00 | 1,000.00 |
| Misc. Household Goods | 11 U.S.C. 522(d)(3) | 4,000.00 | 4,000.00 |
| Wearing apparel | 11 U.S.C. 522(d)(3) | 600.00 | 600.00 |
| Misc. Jewelry | 11 U.S.C. 522(d)(4) | 500.00 | 500.00 |
| Accrued Income Tax Refunds for 2011 | 11 U.S.C. 522(d)(5) | 1,500.00 | 1,500.00 |
| 1999 GMC JIMMY | 11 U.S.C. 522(d)(2) | 3,000.00 | 3,000.00 |
| BUYING 1971 MOBILE HOME FROM THE PARK - NOT TITLED IN DEBTOR'S NAME | 11 U.S.C. 522(d)(1) | 19,000.00 | 20,000.00 |
| | Total exemptions claimed: | 30,110.00 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re _____Erwin Francis Wroblewski_____,     Case No. _____
　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hometown America<br>150 N Wacker Dr Ste 2800<br>Chicago, IL 60606<br><br>VALUE $ 20,000.00 | | | Lien: Security Agreement<br>Security: 1971 MOBILE HOME | | | | 26,700.00 | 6,700.00 |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br>VALUE $ | | | | | | | | |

___0___ continuation sheets attached

|  |  | Subtotal ▶ (Total of this page) | $ 26,700.00 | $ 6,700.00 |
|---|---|---|---|---|
|  |  | Total ▶ (Use only on last page) | $ 26,700.00 | $ 6,700.00 |

(Report also on Summary of Schedules)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re____Erwin Francis Wroblewski_____,    Case No._____
                                    Debtor                                                           (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re   Erwin Francis Wroblewski_____,        Case No._____
_____Debtor_____                                                    (if known)

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

____0____ **continuation sheets attached**

In re ___Erwin Francis Wroblewski_____ ,    Case No. _____
   **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2690<br><br>Advance America<br>27919 23 Mile Rd.<br>Chesterfield, MI 48051 | | | Incurred: 2010<br>Consideration: CASH ADVANCE | | | | 701.00 |
| ACCOUNT NO. 5460<br><br>AFNI, Inc.<br>P. O. Box 3427<br>Bloomington, IL 61702-3427 | | | Consideration: Collection Agency - Sprint | | | | Notice Only |
| ACCOUNT NO. 6390<br><br>Ali M. Saad, DO, PC<br>P.O. Box 808<br>Grand Rapids, MI 49518-0808 | | | Incurred: 2010<br>Consideration: Medical Bill | | | | 546.00 |
| ACCOUNT NO. 6211<br><br>Allied Interstate<br>3000 Corporate Exchange Drive 5th Floor<br>Columbus, OH 43231 | | | Incurred: 2011<br>Consideration: COLLECTION AGENCY - JcPenneys/LVNV Funding | | | | Notice Only |

___23___ continuation sheets attached

Subtotal ➤ | $ | 1,247.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski                              ,      Case No. _____
               **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6654<br><br>Allied Interstate<br>3000 Corporate Exchange Drive 5th Floor<br>Columbus, OH  43231 | | | Incurred: 2010<br>Consideration: COLLECTION AGENCY - JcPenneys | | | | Notice Only |
| ACCOUNT NO.  4138<br><br>Allstate Property & Casualty Ins.<br>P.O. BOX 3589<br>Akron, OH 44309 | | | Consideration: Insurance | | | | 270.00 |
| ACCOUNT NO.  3718<br><br>Ann Arbor Credit Bureau<br>311 N. Main Street<br>Ann Arbor, MI  48104 | | | Incurred: 2007<br>Consideration: Collection Agency - Universal Macomb Ambulance | | | | Notice Only |
| ACCOUNT NO.  72982GC<br><br>Applied Card Bank<br>4700 Exchange Court<br>Boca Raton, FL  33431-0966 | | | Incurred: 2007<br>Consideration: LAWSUIT | | | | 22,154.00 |
| ACCOUNT NO.  7667<br><br>Applied Card Bank<br>4700 Exchange Court<br>Boca Raton, FL  33431-0966 | | | Incurred: 2001<br>Consideration: Credit card debt | | | | 2,109.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

Sheet no.  1   of  23   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $    24,533.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Erwin Francis Wroblewski _____ ,          Case No. _____

           **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0223 <br><br> Asset Acceptance Corp. <br> P.O. BOX  2036 <br> Warren, MI  48090 | | | Incurred: 2009 <br> Consideration: COLLECTION AGENCY - Capital One | | | | Notice Only |
| ACCOUNT NO.  4035 <br><br> Asset Acceptance Corp. <br> P.O. BOX  2036 <br> Warren, MI  48090 | | | Incurred: 2009 <br> Consideration: COLLECTION AGENCY - WAMU Providian | | | | Notice Only |
| ACCOUNT NO.  US1024003GC <br><br> Asset Acceptance Corp. <br> P.O. BOX  2036 <br> Warren, MI  48090 | | | Incurred: 2010 <br> Consideration: LAWSUIT | | | | 10,059.00 |
| ACCOUNT NO.  1179 <br><br> Banfield The Pet Hospital <br> c/o I.C. System, Inc. <br> 444 E Hwy 96, P.O. BOX  64437 <br> St. Paul, MN  55164 | | | Incurred: 2009 <br> Consideration: VET BILL | | | | 291.00 |
| ACCOUNT NO.  4407 <br><br> Best Buy <br> P.O. BOX  15521 <br> Wilmington, DE  19850-5521 | | | Incurred: 2006 <br> Consideration: Credit card debt | | | | Notice Only |

Sheet no. __2__ of _23_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

                                        Subtotal➤  $         10,350.00

                                              Total➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF*

In re  Erwin Francis Wroblewski                          ,          Case No. _____
       **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4407  <br>Best Buy<br>P.O. BOX  5253<br>Carol Stream, IL  60197 | | | Incurred: 2006<br>Consideration: Credit card debt | | | | 945.00 |
| ACCOUNT NO.  2883  <br>Capital One<br>P.O. Box 30285<br>Salt Lake City, UT  84130-0285 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 4,807.00 |
| ACCOUNT NO.  1451  <br>Capital One<br>P.O. Box 30285<br>SLC, UT  84130-0285 | | | Incurred: 2003<br>Consideration: Credit card debt | | | | 1,592.00 |
| ACCOUNT NO.  0915959GC  <br>Capital One<br>P.O. Box 30285<br>SLC, UT  84130-0285 | | | Incurred: 2009<br>Consideration: LAWSUIT | | | | 4,714.00 |
| ACCOUNT NO.  1001  <br>Capital One Auto Finance<br>P.O. Box 260848<br>Plano, TX  75026-0848 | | | Incurred: 2003<br>Consideration: Auto Loan | | | | Notice Only |

Sheet no.  3   of  23   continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  12,058.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Erwin Francis Wroblewski_____,     Case No. _____

        **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1370<br><br>CBCS<br>P.O. BOX  2890<br>Columbus, OH  43216-2890 | | | Incurred: 2009<br>Consideration: Collection Agency - MCRMC | | | | Notice Only |
| ACCOUNT NO.  4688<br><br>CCA/Credit Pac Collection<br>700 Longwater Dr<br>Norwell, MA 02061 | | | Consideration: Collection for AT & T | | | | Notice Only |
| ACCOUNT NO.  5127<br><br>Chase<br>P.O. Box 15548<br>Wilmington, DE  19886-5548 | | | Incurred: 2004<br>Consideration: CREDIT CARD DEBT | | | | 3,550.00 |
| ACCOUNT NO.  6994<br><br>Chase<br>P.O. Box 15548<br>Wilmington, DE  19886-5548 | | | Incurred: 2004<br>Consideration: Credit card debt | | | | 9,103.00 |
| ACCOUNT NO.  8037<br><br>Chase<br>P.O. Box 15548<br>Wilmington, DE  19886-5548 | | | Incurred: 2007<br>Consideration: Credit card debt | | | | 2,779.00 |

Sheet no.  4  of  23  continuation sheets attached to Schedule of  Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $    15,432.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski _____ ,   Case No. _____
        **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7209<br><br>Christian Financial Credit Union<br>18441 Utica Rd.<br>Roseville, MI  48066 | | | Incurred: 2009<br>Consideration: Loan | | | | 4,825.00 |
| ACCOUNT NO.  7209<br><br>Christian Financial Credit Union<br>36800 S Gratiot Ave<br>Clinton Township MI 48035-1773 | | | Incurred: 2009<br>Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.  1032<br><br>Chrysler Financial<br>P.O. Box 551080<br>Jacksonville, FL  32255 | | | Incurred: 2005<br>Consideration: Auto Loan | | | | Notice Only |
| ACCOUNT NO.  2979<br><br>Citibank<br>701 E 6oth St. N<br>Sioux Falls, SD  57104 | | | Incurred: 2008<br>Consideration: Credit card debt | | | | 862.00 |
| ACCOUNT NO.  2979<br><br>Citibank<br>P.O. BOX  6033<br>Hagerstown, MD  21747-6033 | | | Incurred: 2008<br>Consideration: Credit card debt | | | | Notice Only |

Sheet no.  5  of 23  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   5,687.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski                          ,          Case No. _____
            **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  49<br><br>Client Financial Services<br>5406 Gateway Center<br>Flint, MI  48507 | | | Incurred: 2005<br>Consideration: Collection Agency - Michael Mattingly, DO | | | | 230.00 |
| ACCOUNT NO.  3365<br><br>Comp Qwik Cook, Inc.<br>c/o Trident Asset<br>5755 N Point Pkwy Ste 12<br>Alpharetta, GA 30022 | | | Incurred: 2006<br>Consideration: Fees | | | | 239.00 |
| ACCOUNT NO.  5328<br><br>Consumers Energy - Bankruptcy Dept.<br>4600 Coolidge Hwy.<br>Royal Oak, MI  48073 | | | Consideration: Gas Bill | | | | 295.00 |
| ACCOUNT NO.  3718<br><br>Credit Bureau<br>P.O. BOX 7820<br>Ann Arbor, MI  48107 | | | Incurred: 2007<br>Consideration: Collection Agency - Universal Macomb Ambulance | | | | Notice Only |
| ACCOUNT NO.  0021<br><br>Credit Collection Services<br>2 Wells Ave.<br>Newton, MA  02459 | | | Incurred: 2009<br>Consideration: Collection Agency - Allstate | | | | Notice Only |

Sheet no.  6  of  23  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $         764.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Erwin Francis Wroblewski                                    ,        Case No. _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2691<br><br>Credit Services Inc.<br>P.O. Box 247<br>Hancock, MI  49930-0247 | | | Incurred: 2010<br>Consideration: COLLECTION AGENCY - General RADIOLOGY | | | | Notice Only |
| ACCOUNT NO.  2691<br><br>Credit Services Inc.<br>P.O. Box 247<br>Hancock, MI  49930-0247 | | | Incurred: 2010<br>Consideration: COLLECTION AGENCY - General RADIOLOGY | | | | Notice Only |
| ACCOUNT NO.  7125<br><br>Credit Services Inc.<br>P.O. Box 247<br>Hancock, MI  49930-0247 | | | Incurred: 2010<br>Consideration: COLLECTION AGENCY - General RADIOLOGY | | | | Notice Only |
| ACCOUNT NO.  2755<br><br>David DeMello, DO<br>c/o JJ Marshall & Assoc.<br>P.O. BOX 182190<br>Shelby Twp., MI 48318 | | | Incurred: 2007<br>Consideration: Medical Bill | | | | 754.00 |
| ACCOUNT NO.  10-25699-GC<br><br>David W. DeMello, DO<br>39379 Garfield Road<br> Clinton Township, MI 48038 | | | Incurred: 2010<br>Consideration: LAWSUIT | | | | Unknown |

Sheet no. _7_ of _23_ continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 754.00

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re   Erwin Francis Wroblewski_____,     Case No. _____
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2723<br><br>Dorsey Business Schools<br>c/o M & M<br>6324 Taylor<br>Flint, Mi  48507 | | | Incurred: 2008<br>Consideration: Fees | | | | 111.00 |
| ACCOUNT NO.  0042<br><br>DTE Energy - Detroit Edison - Bankruptcy<br>3200 Hobson - Lower Level<br>Detroit, MI  48201 | | | Incurred: 2010<br>Consideration: Old Electric Bill | | | | 109.00 |
| ACCOUNT NO.  1957<br><br>Enhanced Recovery Corp.<br>8014 Bayberry Road<br>Jacksonville, MI  32256 | | | Incurred: 2009<br>Consideration: Collection Agency - Sprint | | | | Notice Only |
| ACCOUNT NO.  6462<br><br>FCNB - Eddie Bauer/Newport News/Speigel<br>P.O. Box 9204<br>Old Bethpage, NY  11804 | | | Incurred: 2001<br>Consideration: Credit card debt | | | | 316.00 |
| ACCOUNT NO.  5812<br><br>Figi's Inc.<br>3200 S. Maple<br>Marshfield, WI  54449 | | | Incurred: 2006<br>Consideration: Credit card debt | | | | 174.00 |

Sheet no. __8__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  710.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re    Erwin Francis Wroblewski                                    ,           Case No. _____
                     **Debtor**                                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2074<br><br>Fingerhut<br>16 McLeland Rd.<br>St. Cloud, MN  56395 | | | Incurred: 2003<br>Consideration: Credit card debt | | | | 705.00 |
| ACCOUNT NO.  3253<br><br>First Cash, M1341<br>7001 Post Rd. Ste 300<br>Dublin, OH  43016 | | | Consideration: CASH ADVANCE CHECK | | | | 701.00 |
| ACCOUNT NO.  5115<br><br>First Premier Bank<br>900 Delaware, Ste. 7<br>Sioux Falls, SD  57104 | | | Incurred: 2009<br>Consideration: Credit card debt | | | | 292.00 |
| ACCOUNT NO.  2545/7466<br><br>Fitness USA<br>c/o National Credit<br>P.O. BOX 3320<br>Farmington Hills, MI  48333 | | | Incurred: 2004<br>Consideration: Gym Membership | | | | 442.00 |
| ACCOUNT NO.  6135<br><br>GE Capital<br>Attn: Bankruptcy Dept.<br>P.O. Box 103104<br>Roswell, GA  30076 | | | Consideration: Credit card debt | | | | 305.00 |

Sheet no. __9__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $        2,445.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re <u>Erwin Francis Wroblewski</u>, Case No. _____

**Debtor** (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2691<br>General Radiology Associates<br>Dpt 160901<br>P.O. BOX 67000<br>Detroit, MI 48267-1609 | | | Incurred: 2010<br>Consideration: Medical Services | | | | 260.00 |
| ACCOUNT NO. 2691<br>General Radiology Associates<br>P.O. Box 1108<br>Ann Arbor, MI 48106-1108 | | | Incurred: 2010<br>Consideration: Medical Services | | | | Notice Only |
| ACCOUNT NO. 5617<br>Glenn A. Delong<br>9301 S Western<br>Oklahoma City, OK 73139 | | | Incurred: 2010<br>Consideration: Medical Bill | | | | 411.00 |
| ACCOUNT NO. 6292<br>Glenn A. Delong<br>P.O. Box 808<br>Grand Rapids, MI 49518 | | | Incurred: 2006<br>Consideration: Medical Bill | | | | 25.00 |
| ACCOUNT NO. 0503<br>GMAC<br>P.O. Box 380902<br>Bloomington, MN 55438-0902 | | | Incurred: 2003<br>Consideration: Automobile | | | | Notice Only |

Sheet no. <u>10</u> of <u>23</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 696.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski                              ,      Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0143<br><br>GMAC Mortgage<br>P.O. Box 4622<br>Waterloo, IA 50704 | | | Incurred: 2006<br>Consideration: Foreclosure | | | | 151,709.00 |
| ACCOUNT NO. 6216<br><br>HomeQ Servicing Corp.<br>P.O. Box 3117<br>Winston-Salem, NC 27102 | | | Incurred: 2003<br>Consideration: Foreclosure | | | | Notice Only |
| ACCOUNT NO. 164<br><br>Hometown America<br>150 N. Wacker Dr. Ste 2800<br>Chicago, IL 60606 | | | Incurred: 2007<br>Consideration: MOBILE HOME | | | | Notice Only |
| ACCOUNT NO.<br><br>Hometown America - Macomb<br>45301 Chateau Theirry Blvd.<br>Macomb, MI 48044 | | | | | | | Notice Only |
| ACCOUNT NO. 6698<br><br>HSBC<br>P.O. Box 15524<br>Wilmington, DE 19850 | | | Incurred: 2008<br>Consideration: Credit card debt | | | | 914.00 |

Sheet no. 11 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $     152,623.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF*

In re  Erwin Francis Wroblewski_____,  Case No. _____

      **Debtor**                                                **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3243<br><br>HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL  60197-5253 | | | Incurred: 2006<br>Consideration: CHARGED OFF ACCOUNT | | | | 698.00 |
| ACCOUNT NO.  4684<br><br>JC Penney - GEMB<br>P.O. Box 981131<br>El Paso, TX  79998 | | | Incurred: 2007<br>Consideration: Credit card debt | | | | 443.00 |
| ACCOUNT NO.  6003<br><br>Jefferson Capital System<br>16 McLeland Rd.<br>St. Cloud, MN  56303 | | | Incurred: 2008<br>Consideration: Collection Agency - Fingerhut | | | | 314.00 |
| ACCOUNT NO.  2640<br><br>Lakeside Anes Assoc, PLLC<br>P.O. Box 67000<br>Dept. 197901<br>Detroit, MI  48267-1979 | | | Incurred: 2010<br>Consideration: Medical Bill | | | | 595.00 |
| ACCOUNT NO.  6135<br><br>Leading Edge Recovery Solutions, LLC<br>PO Box 129<br>Linden, MI  48451 | | | Incurred: 2010<br>Consideration: Collection Agency - GE Capital | | | | 305.00 |

Sheet no.  12  of  23  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,355.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re <u>Erwin Francis Wroblewski</u>,      Case No. _____

      **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5328<br><br>LJ Ross & Associates<br>P.O. Box 1838<br>Ann Arbor, MI 48106 | | | Incurred: 2009<br>Consideration: COLLECTION AGENCY - CONSUMERS ENERGY | | | | Notice Only |
| ACCOUNT NO. 6135<br><br>Lowe's<br>P.O. Box 981064<br>El Paso, TX 79998-1064 | | | Incurred: 2003<br>Consideration: Credit card debt | | | | 327.00 |
| ACCOUNT NO. 6135<br><br>LVNV Funding<br>P.O. BOX 10584<br>Greensville, SC 29603 | | | Incurred: 2008<br>Consideration: Collection Agency - Lowes | | | | Notice Only |
| ACCOUNT NO. 4684<br><br>LVNV Funding<br>P.O. BOX 10584<br>Greensville, SC 29603 | | | Incurred: 2008<br>Consideration: Collection Agency - JcPenneys | | | | Notice Only |
| ACCOUNT NO. 6292<br><br>M & M Credit<br>6324 Taylor Dr.<br>Flint, MI 48507-4680 | | | Incurred: 2006<br>Consideration: Collection Agency - Glenn Delong, DO | | | | Notice Only |

Sheet no. <u>13</u> of <u>23</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 327.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski_____,     Case No. _____
       **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8950<br><br>Macomb Internal Medicine Assoc.<br>15520 19 Mile Road, Ste. 480<br>Clinton Twp., MI  48038-6332 | | | Incurred: 2010<br>Consideration: MEDICAL BILL | | | | 595.00 |
| ACCOUNT NO.  8950<br><br>Macomb Internal Medicine Assoc.<br>15520 19 Mile Road, Ste. 480<br>Clinton Twp., MI  48038-6332 | | | Incurred: 2010<br>Consideration: MEDICAL BILL | | | | 595.00 |
| ACCOUNT NO.  3531<br><br>McLaren Medical Group<br>401 S. Ballenger<br>Flint, MI 48532 | | | Incurred: 2010<br>Consideration: Medical Bill | | | | 817.00 |
| ACCOUNT NO.  3531<br><br>McLaren Medical Group<br>P.O. BOX 441575<br>Detroit, MI  48244 | | | Incurred: 2010<br>Consideration: Medical Bill | | | | 817.00 |
| ACCOUNT NO.  6445<br><br>MH Financial Services<br>150 North Wacker Drive, 2800<br>Chicago, IL  60606 | | | Incurred: 2011<br>Consideration: Collection Agency - Hometown Macomb | | | | Notice Only |

Sheet no.  14  of  23  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $         2,824.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re <u>Erwin Francis Wroblewski</u>,  Case No. _____

<b>Debtor</b> (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0527<br><br>MHESLA<br>P.O. Box 2069<br>Denver, CO 80201 | | | Incurred: 2007<br>Consideration: Student Loan | | | | 1,741.00 |
| ACCOUNT NO. 49<br><br>Michael J Mattingly, DO<br>c/o Client Financial Services<br>5406 Gateway Center<br>Flint, MI 48507 | | | Incurred: 2005<br>Consideration: Medical Bill | | | | 230.00 |
| ACCOUNT NO. 49<br><br>Michael J. Mattingly, DO, PC<br>P.O. Box 808<br>Grand Rapids, MI 49518 | | | Incurred: 2005<br>Consideration: Medical Bill | | | | 230.00 |
| ACCOUNT NO. 1397<br><br>Midland Credit Management<br>8875 Aero Drive, Ste. 2<br>San Diego, CA 92123 | | | Incurred: 2008<br>Consideration: Collection Agency - WAMU | | | | Notice Only |
| ACCOUNT NO. 6698<br><br>Midland Credit Management<br>8875 Aero Drive, Ste. 2<br>San Diego, CA 92123 | | | Incurred: 2008<br>Consideration: Collection Agency - HSBC | | | | Notice Only |

Sheet no. <u>15</u> of <u>23</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 2,201.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski_____ ,  Case No. _____
         **Debtor**                                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2979<br><br>Midland Credit Management<br>8875 Aero Drive, Ste. 2<br>San Diego, CA 92123 | | | Incurred: 2008<br>Consideration: Collection Agency - CITIBANK | | | | Notice Only |
| ACCOUNT NO.  4550<br><br>Midnight Velvet<br>1112 7th Avenue<br>Monroe, WI 53566 | | | Incurred: 2006<br>Consideration: Credit card debt | | | | 334.00 |
| ACCOUNT NO.  9107<br><br>Mt. Clemens General Hospital<br>P.O. Box 673532<br>Detroit, MI 48267-3532 | | | Incurred: 2010<br>Consideration: Medical Bill | | | | 440.00 |
| ACCOUNT NO.  Many<br><br>Mt. Clemens Regional Medical Ctr.<br>Drawer 64453<br>Detroit, MI 48264-0453 | | | Incurred: 2008<br>Consideration: Medical Services | | | | 19,054.00 |
| ACCOUNT NO.  Many<br><br>Mt. Clemens Regional Medical Ctr.<br>PO Box 48458<br>Oak Park, MI 48237 | | | Consideration: Medical Services | | | | Notice Only |

Sheet no.  16  of  23  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 19,828.00

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re   Erwin Francis Wroblewski_____,          Case No. _____

**Debtor**                                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2305 <br><br> NCO Financial <br> 1804 Washington Blvd. <br> Mailstop 450, Dept 300 <br> Baltimore, MD  21230 | | | Incurred: 2006 <br> Consideration: COLLECTION AGENCY - St. John Macomb ER Phys. | | | | Notice Only |
| ACCOUNT NO.  1825 <br><br> NCO Financial <br> 1804 Washington Blvd. <br> Mailstop 450, Dept 300 <br> Baltimore, MD  21230 | | | Consideration: COLLECTION AGENCY - Consumers Energy | | | | Notice Only |
| ACCOUNT NO. <br><br> Northland Group Inc. <br> P.O. Box 390846 <br> Edina, MN  55439 | | | Incurred: 2008 <br> Consideration: Collection Agency - CAPITAL ONE | | | | Notice Only |
| ACCOUNT NO.  8706 <br><br> Ocwen Loan Servicing <br> P.O. Box 785056 <br> Orlando, FL  32878-5056 | | | Incurred: 2006 <br> Consideration: Foreclosure | | | | Notice Only |
| ACCOUNT NO.  1001 <br><br> Onyx Acceptance Corporation <br> 27051 Towne Centre Dr. <br> Foothill Ranch, CA  92610-2804 | | | Incurred: 2003 <br> Consideration: TOTALED CAR | | | | Notice Only |

Sheet no.  17  of 23  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $                  0.00

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF*

In re  Erwin Francis Wroblewski                                    ,        Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2117<br><br>Patrick M. Flaherty, DO<br>c/o Client Financial Services<br>5406 Gateway Center<br>Flint, MI 48507 | | | Incurred: 2009<br>Consideration: Medical Services | | | | 523.00 |
| ACCOUNT NO. 2465<br><br>Penn Foster School<br>c/o USCB Corp<br>101 Harrison St.<br>Archbald, PA 18403 | | | Incurred: 2010<br>Consideration: Schooling | | | | 1,033.00 |
| ACCOUNT NO. 2397<br><br>Resurgent Capital Services, LP<br>Attn: Bankruptcy Dept.<br>P.O. Box 10587<br>Greenville, SC 29603 | | | Incurred: 2009<br>Consideration: COLLECTOR FOR GE Capital | | | | Notice Only |
| ACCOUNT NO. 5198<br><br>RJM Acquisitions Funding LLC<br>P.O. BOX 18013<br>Hauppauge, NY 11788-8813 | | | Incurred: 2010<br>Consideration: Collection Agency - Scholastic | | | | Notice Only |
| ACCOUNT NO. Many Accounts<br><br>Sallie Mae Servicing Corp.<br>P.O. Box 4100<br>Wilkes-Barre, PA 18773 | | | Incurred: 2009<br>Consideration: Student Loan | | | | 14,328.00 |

Sheet no. 18 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  15,884.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF*

In re <u>Erwin Francis Wroblewski</u>,      Case No. _____

**Debtor**                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5198<br><br>Scholastic<br>2931 East McCarty Street<br>Jefferson City, MO 65101 | | | Incurred: 2010<br>Consideration: Credit | | | | 477.00 |
| ACCOUNT NO. 2504<br><br>SEMCO<br>PO Box 5004<br>Port Huron, MI 48061 | | | Incurred: 2010<br>Consideration: Gas Bill | | | | 65.00 |
| ACCOUNT NO. Many<br><br>Senex Services<br>3500 Depauw Blvd. S<br>Indianapolis, IN 46268-1138 | | | Incurred: 2008<br>Consideration: Collection Agency - MCRMC | | | | Notice Only |
| ACCOUNT NO. 0915959GC<br><br>Shermeta, Adams & Von Allmen, P.C.<br>P.O. Box 5016<br>Rochester, MI 48308 | | | Incurred: 2009<br>Consideration: LAWYERS FOR CAPITAL ONE | | | | Notice Only |
| ACCOUNT NO. 1244<br><br>Snow Goer<br>216 Lemmon Dr. #357<br>Reno, NV 89506 | | | Incurred: 2011<br>Consideration: Magazines | | | | 34.00 |

Sheet no. <u>19</u> of <u>23</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $    576.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re   Erwin Francis Wroblewski                                ,        Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1957<br><br>Sprint<br>P.O. Box 8077<br>London, KY  40742 | | | Incurred: 2009<br>Consideration: PHONE BILL | | | | 394.00 |
| ACCOUNT NO.  2305<br><br>St. John Macomb ER Phys., PC<br>42536 Hayes, #800<br>Clinton Twp., MI  48038 | | | Incurred: 2006<br>Consideration: Medical Bill | | | | 163.00 |
| ACCOUNT NO.  1873<br><br>STATE OF MI OFFICE CHI<br>PO BOX 30478<br>LANSING, MI 48909 | | | Incurred: 2009<br>Consideration: Child Support | | | | 2,242.00 |
| ACCOUNT NO.  US1024003GC<br><br>Stephanie Carrington Pettway<br>Elizabeth Smith<br>P.O. BOX  2036<br>Warren, MI  48090 | | | Incurred: 2010<br>Consideration: LAWYERS FOR LAWSUIT/ASSET | | | | Notice Only |
| ACCOUNT NO.  9239<br><br>Stratford Career Institute<br>c/o Accelerated Receivables<br>3219 Atlantic<br>Jacksonville, FL  32207 | | | Incurred: 2006<br>Consideration: Loan | | | | 604.00 |

Sheet no. __20__ of __23__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $      3,403.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski                          ,     Case No. _____
         **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1024003GC <br><br> Third Party Withholding Unit - MI Dept <br> Financial Services Bureau - of Treas. <br> P.O. Box 30785 <br> Lansing, MI  48909 | | | Incurred: 2010 <br> Consideration: GARNISHMENT OF STATE REFUND | | | | Notice Only |
| ACCOUNT NO.  0915959GC <br><br> Third Party Withholding Unit - MI Dept <br> Financial Services Bureau - of Treas. <br> P.O. Box 30785 <br> Lansing, MI  48909 | | | Incurred: 2009 <br> Consideration: GARNISHMENT OF STATE REFUND | | | | Notice Only |
| ACCOUNT NO.  0034 <br><br> United Collection Bureau, Inc. <br> 5620 Southwyck Blvd, Ste. 206 <br> Toledo, OH  43614 | | | Incurred: 2009 <br> Consideration: Collection Agency - DTE Energy | | | | Notice Only |
| ACCOUNT NO.  3718 <br><br> Universal Macomb Ambulance <br> 37583 Mound Road <br> Sterling Heights, MI  48310 | | | Incurred: 2007 <br> Consideration: AMBULANCE BILL | | | | 349.00 |
| ACCOUNT NO.  5230 <br><br> US Career Institute <br> c/o USCB Corp. <br> 101 Harrison St. <br> Archbald, PA  18403 | | | Incurred: 2009 <br> Consideration: Schooling | | | | 1,189.00 |

Sheet no.  21  of  23  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤    $      1,538.00

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski_____,   Case No. _____
   **Debtor**                                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5231<br><br>US Career Institute<br>c/o USCB Corp.<br>101 Harrison St.<br>Archbald, PA 18403 | | | Incurred: 2009<br>Consideration: Scholling | | | | 1,459.00 |
| ACCOUNT NO. 2613<br><br>Verizon<br>P.O. BOX 17577<br>Baltimore, MD 21297-0513 | | | Consideration: Phone Bill | | | | Notice Only |
| ACCOUNT NO. 1027935GC<br><br>Vion Holdings<br>c/o Shermeta, Adams & Von Allmen<br>P.O. BOX 5016<br>Rochester, MI 48308 | | | Incurred: 2010<br>Consideration: LAWSUIT | | | | 2,945.00 |
| ACCOUNT NO. 4035<br><br>WAMU Providian<br>c/o Asset Acceptance<br>P.O. BOX 1630<br>Warren, MI 48090 | | | Incurred: 2009<br>Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO. 1397<br><br>Washington Mutual<br>P.O. Box 10467<br>Greenville, SC 29601 | | | Incurred: 2008<br>Consideration: Credit card debt | | | | 3,020.00 |

Sheet no. 22 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 7,424.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski _____ ,  Case No. _____

           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4035<br><br>Washington Mutual<br>P.O. Box 10467<br>Greenville, SC  29601 | | | Incurred: 2009<br>Consideration: Credit card debt | | | | 10,053.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. 23 of 23 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      10,053.00

Total ➤  $      293,712.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski
_____     Case No. _____
　　　　　　　　　　Debtor                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the
names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or
contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe,
guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Hometown America - Macomb<br>45301 Chateau Theirry Blvd.<br>Macomb, MI  48044 | MOBILE HOME PARK RENTAL LEASE |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski                                    Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re ___Erwin Francis Wroblewski_____    Case _____

_____**Debtor**_____                                    _____**(if known)**_____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): step-son | AGE(S): 11 |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | QUALITY CONTROL | |
| Name of Employer | COASTAL FABRICATING | |
| How long employed | 4 MONTHS | |
| Address of Employer | ROCHESTER HILLS, MI | N.A. |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 3,666.00 | $ | N.A. |
| 2. | Estimated monthly overtime | $ 0.00 | $ | N.A. |
| 3. | SUBTOTAL | $ 3,666.00 | $ | N.A. |
| 4. | LESS PAYROLL DEDUCTIONS | | | |
| | a. Payroll taxes and social security | $ 958.00 | $ | N.A. |
| | b. Insurance | $ 0.00 | $ | N.A. |
| | c. Union Dues | $ 0.00 | $ | N.A. |
| | d. Other (Specify:_____) | $ 0.00 | $ | N.A. |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 958.00 | $ | N.A. |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 2,708.00 | $ | N.A. |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ | N.A. |
| 8. | Income from real property | $ 0.00 | $ | N.A. |
| 9. | Interest and dividends | $ 0.00 | $ | N.A. |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ | N.A. |
| 11. | Social security or other government assistance ( Specify)_____ | $ 0.00 | $ | N.A. |
| 12. | Pension or retirement income | $ 0.00 | $ | N.A. |
| 13. | Other monthly income_____ | $ 0.00 | $ | N.A. |
| | (Specify)_____ | $ 0.00 | $ | N.A. |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ | N.A. |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 2,708.00 | $ | N.A. |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | | $ 2,708.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

None

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

In re  Erwin Francis Wroblewski                    Case No. _____
        **Debtor**                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 560.00 |
| a. Are real estate taxes included? Yes _____ No ✓ | | |
| b. Is property insurance included? Yes _____ No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 150.00 |
| b. Water and sewer | | $ 40.00 |
| c. Telephone | | $ 0.00 |
| d. Other  CELL PHONE & CABLE | | $ 150.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 350.00 |
| 5. Clothing | | $ 60.00 |
| 6. Laundry and dry cleaning | | $ 30.00 |
| 7. Medical and dental expenses | | $ 100.00 |
| 8. Transportation (not including car payments) | | $ 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 50.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 170.00 |
| d. Auto | | $ 140.00 |
| e. Other_____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other  MOBILE HOME | | $ 330.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other  CHRONIC CAR REPAIRS | | $ 100.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 2,680.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____None_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 2,708.00 |
| b. Average monthly expenses from Line 18 above | $ 2,680.00 |
| c. Monthly net income (a. minus b.) | $ 28.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Erwin Francis Wroblewski
_____

         Debtor

Case No. _____

Chapter    7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 3 | $ 31,110.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 26,700.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 24 | | $ 293,712.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 2,708.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 2,680.00 |
| **TOTAL** | | 36 | $ 31,110.00 | $ 320,412.00 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Erwin Francis Wroblewski                              Case No. _____

Debtor

Chapter ___7___

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,708.00 |
| Average Expenses (from Schedule J, Line 18) | $ 2,680.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,926.66 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 6,700.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 293,712.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 300,412.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

Erwin Francis Wroblewski

In re _____    Case No. _____
              **Debtor**                                                             **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____38____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __5-6-11__                      Signature: __/s/ Erwin Francis Wroblewski__
                                                          **Debtor**

Date _____     Signature: __Not Applicable__
                                                       **(Joint Debtor, if any)**

                                          [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------------------------

      **DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
Printed or Typed Name and Title, if any,             Social Security No.
of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____       _____
     Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____

                                            _____
                                       [Print or type name of individual signing on behalf of debtor.]

      *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In Re  Erwin Francis Wroblewski _____

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|------|--------|--------|
| 2011 | 15,388.00 | JOB & UNEMPLOYMENT COMP. |
| 2010 | 34,936.00 | JOB |
| 2009 | 31,905.00 | JOB & UNEMPLOYMENT COMP. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

**2. Income other than from employment or operation of business**

None ☐

        State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2010 | 6,818.00 | REFUNDS-2,160; UNEMPLOYMENT COMP.-4,658 |
| 2011 | 3,710.00 | REFUNDS |

**3. Payments to creditors**

None 

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ⊠

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

None

☒ *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| ASSET ACCEPTANCE CORP. -VS- ERWIN F. WROBLEWSKI US10-24003-GC | SUIT FOR DEBT | 41-A DISTRICT COURT | JUDGMENT GRANTED |
| DAVID W. DEMELLO, DO -VS- ERWIN F. WROBLEWSKI US10-25699-GC | SUIT FOR DEBT | 41-A DISTRICT COURT | JUDGMENT GRANTED |
| CAPITAL ONE BANK -VS- ERWIN F. WROBLEWSKI US09-15959-GC | SUIT FOR DEBT | 41-A DISTRICT COURT | JUDGMENT GRANTED |
| VION HOLDINGS LLC -VS- ERWIN F. WROBLEWSKI US10-27935-GC | SUIT FOR DEBT | 41-A DISTRICT COURT | JUDGMENT GRANTED |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

None
☒ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☒ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None
☒ a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

**7. Gifts**

None ☒

       List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ☒

       List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Robert W Lee<br>25550 N. River Road<br>Harrison Twp., MI  48045 | APRIL, 2011 | DEBTOR HAS AGREED TO PAY $1,200 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

**10. Other transfers**

None   a.   List all other property, other than property transferred in the ordinary course of the business or financial
☒   affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☒   which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒   valuables within one year immediately preceding the commencement of this case. (Married debtors filing
under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

**13. Setoffs**

None ☒       List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒       List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒       If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ☒       If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| NAME |
|---|

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒       a.       List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

## [Questions 19 - 25 are not applicable to this case]

\*    \*    \*    \*    \*    \*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

| Date | 5-6-11 | Signature of Debtor | /s/ Erwin Francis Wroblewski |
|------|--------|---------------------|------------------------------|
|      |        |                     | ERWIN FRANCIS WROBLEWSKI      |

_0_ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

| | |
|---|---|
| Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer | Social Security No. (Required by 11 U.S.C. § 110(c).) |

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

| X | |
|---|---|
| Signature of Bankruptcy Petition Preparer | Date |

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re _____Erwin Francis Wroblewski_____ , Case No. _____

Debtor                                        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Hometown America<br>150 N Wacker Dr Ste 2800<br>Chicago, IL 60606 | **Describe Property Securing Debt:**<br>BUYING 1971 MOBILE HOME FROM THE<br>PARK - NOT TITLED IN DEBTOR'S NAME |

Property will be *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt          ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:

☐ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt          ☐ Not claimed as exempt

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

**PART B** - Personal property subject to unexpired leases. *(All three columns of Part B must be completed for Each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Hometown America - Macomb<br>45301 Chateau Theirry Blvd.<br>Macomb, MI 48044 | **Describe Leased Property:**<br>MOBILE HOME PARK RENTAL LEASE | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☑ YES        ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date:_5-6-11_____            _/s/ Erwin Francis Wroblewski_____
                                          Signature of Debtor


                                          _____
                                          Signature of Joint Debtor

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-759 - 31750-301X-07010 - Adobe PDF

Advance America
27919 23 Mile Rd.
Chesterfield, MI  48051


AFNI, Inc.
P. O. Box 3427
Bloomington, IL  61702-3427


Ali M. Saad, DO, PC
P.O. Box 808
Grand Rapids, MI  49518-0808


Allied Interstate
3000 Corporate Exchange Drive 5th Floor
Columbus, OH  43231


Allstate Property & Casualty Ins.
P.O. BOX 3589
Akron, OH 44309


Ann Arbor Credit Bureau
311 N. Main Street
Ann Arbor, MI  48104


Applied Card Bank
4700 Exchange Court
Boca Raton, FL  33431-0966


Asset Acceptance Corp.
P.O. BOX  2036
Warren, MI  48090


Banfield The Pet Hospital
c/o I.C. System, Inc.
444 E Hwy 96, P.O. BOX  64437
St. Paul, MN  55164

Best Buy
P.O. BOX  15521
Wilmington, DE  19850-5521


Best Buy
P.O. BOX  5253
Carol Stream, IL  60197


Capital One
P.O. Box 30285
Salt Lake City, UT  84130-0285


Capital One
P.O. Box 30285
SLC, UT  84130-0285


Capital One Auto Finance
P.O. Box 260848
Plano, TX  75026-0848


CBCS
P.O. BOX  2890
Columbus, OH  43216-2890


CCA/Credit Pac Collection
700 Longwater Dr
Norwell, MA 02061


Chase
P.O. Box 15548
Wilmington, DE  19886-5548


Christian Financial Credit Union
18441 Utica Rd.
Roseville, MI  48066


Christian Financial Credit Union
36800 S Gratiot Ave
Clinton Township MI 48035-1773

Chrysler Financial
P.O. Box 551080
Jacksonville, FL  32255


Citibank
701 E 6oth St. N
Sioux Falls, SD  57104


Citibank
P.O. BOX  6033
Hagerstown, MD  21747-6033


Client Financial Services
5406 Gateway Center
Flint, MI  48507


Comp Qwik Cook, Inc.
c/o Trident Asset
5755 N Point Pkwy Ste 12
Alpharetta, GA 30022


Consumers Energy - Bankruptcy Dept.
4600 Coolidge Hwy.
Royal Oak, MI  48073


Credit Bureau
P.O. BOX 7820
Ann Arbor, MI  48107


Credit Collection Services
2 Wells Ave.
Newton, MA  02459


Credit Services Inc.
P.O. Box 247
Hancock, MI  49930-0247

David DeMello, DO
c/o JJ Marshall & Assoc.
P.O. BOX 182190
Shelby Twp., MI 48318


David W. DeMello, DO
39379 Garfield Road
 Clinton Township, MI 48038


Dorsey Business Schools
c/o M & M
6324 Taylor
Flint, Mi  48507


DTE Energy - Detroit Edison - Bankruptcy
3200 Hobson - Lower Level
Detroit, MI  48201


Enhanced Recovery Corp.
8014 Bayberry Road
Jacksonville, MI  32256


FCNB - Eddie Bauer/Newport News/Speigel
P.O. Box 9204
Old Bethpage, NY  11804


Figi's Inc.
3200 S. Maple
Marshfield, WI  54449


Fingerhut
16 McLeland Rd.
St. Cloud, MN  56395


First Cash, M1341
7001 Post Rd. Ste 300
Dublin, OH  43016

First Premier Bank
900 Delaware, Ste. 7
Sioux Falls, SD  57104


Fitness USA
c/o National Credit
P.O. BOX 3320
Farmington Hills, MI  48333


GE Capital
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA  30076


General Radiology Associates
Dpt 160901
P.O. BOX  67000
Detroit, MI  48267-1609


General Radiology Associates
P.O. Box 1108
Ann Arbor, MI  48106-1108


Glenn A. Delong
9301 S Western
Oklahoma City, OK  73139


Glenn A. Delong
P.O. Box 808
Grand Rapids, MI  49518


GMAC
P.O. Box 380902
Bloomington, MN  55438-0902


GMAC Mortgage
P.O. Box 4622
Waterloo, IA  50704

HomeQ Servicing Corp.
P.O. Box 3117
Winston-Salem, NC  27102


Hometown America
150 N Wacker Dr Ste 2800
Chicago, IL  60606


Hometown America
150 N. Wacker Dr. Ste 2800
Chicago, IL   60606


Hometown America - Macomb
45301 Chateau Theirry Blvd.
Macomb, MI  48044


HSBC
P.O. Box  15524
Wilmington, DE  19850


HSBC Bank
P.O. Box 5253
Carol Stream, IL  60197-5253


JC Penney - GEMB
P.O. Box 981131
El Paso, TX  79998


Jefferson Capital System
16 McLeland Rd.
St. Cloud, MN  56303


Lakeside Anes Assoc, PLLC
P.O. Box 67000
Dept. 197901
Detroit, MI  48267-1979

Leading Edge Recovery Solutions, LLC
PO Box 129
Linden, MI  48451


LJ Ross & Associates
P.O. Box 1838
Ann Arbor, MI  48106


Lowe's
P.O. Box 981064
El Paso, TX  79998-1064


LVNV Funding
P.O. BOX  10584
Greensville, SC  29603


M & M Credit
6324 Taylor Dr.
Flint, MI  48507-4680


Macomb Internal Medicine Assoc.
15520 19 Mile Road, Ste. 480
Clinton Twp., MI  48038-6332


McLaren Medical Group
401 S. Ballenger
Flint, MI 48532


McLaren Medical Group
P.O. BOX 441575
Detroit, MI  48244


MH Financial Services
150 North Wacker Drive, 2800
Chicago, IL  60606

MHESLA
P.O. Box 2069
Denver, CO  80201


Michael J Mattingly, DO
c/o Client Financial Services
5406 Gateway Center
Flint, MI  48507


Michael J. Mattingly, DO, PC
P.O. Box 808
Grand Rapids, MI  49518


Midland Credit Management
8875 Aero Drive, Ste. 2
San Diego, CA  92123


Midnight Velvet
1112 7th Avenue
Monroe, WI  53566


Mt. Clemens General Hospital
P.O. Box 673532
Detroit, MI  48267-3532


Mt. Clemens Regional Medical Ctr.
Drawer 64453
Detroit, MI  48264-0453


Mt. Clemens Regional Medical Ctr.
PO Box 48458
Oak Park, MI  48237


NCO Financial
1804 Washington Blvd.
Mailstop 450, Dept 300
Baltimore, MD  21230

Northland Group Inc.
P.O. Box 390846
Edina, MN  55439


Ocwen Loan Servicing
P.O. Box 785056
Orlando, FL  32878-5056


Onyx Acceptance Corporation
27051 Towne Centre Dr.
Foothill Ranch, CA  92610-2804


Patrick M. Flaherty, DO
c/o Client Financial Services
5406 Gateway Center
Flint, MI  48507


Penn Foster School
c/o USCB Corp
101 Harrison St.
Archbald, PA  18403


Resurgent Capital Services, LP
Attn:  Bankruptcy Dept.
P.O. Box 10587
Greenville, SC  29603


RJM Acquisitions Funding LLC
P.O. BOX  18013
Hauppauge, NY  11788-8813


Sallie Mae Servicing Corp.
P.O. Box 4100
Wilkes-Barre, PA  18773


Scholastic
2931 East McCarty Street
Jefferson City, MO  65101

SEMCO
PO Box 5004
Port Huron, MI  48061


Senex Services
3500 Depauw Blvd. S
Indianapolis, IN  46268-1138


Shermeta, Adams & Von Allmen, P.C.
P.O. Box 5016
Rochester, MI  48308


Snow Goer
216 Lemmon Dr. #357
Reno, NV  89506


Sprint
P.O. Box 8077
London, KY  40742


St. John Macomb ER Phys., PC
42536 Hayes, #800
Clinton Twp., MI  48038


STATE OF MI OFFICE CHI
PO BOX 30478
LANSING, MI 48909


Stephanie Carrington Pettway
Elizabeth Smith
P.O. BOX  2036
Warren, MI  48090


Stratford Career Institute
c/o Accelerated Receivables
3219 Atlantic
Jacksonville, FL  32207

Third Party Withholding Unit - MI Dept
Financial Services Bureau - of Treas.
P.O. Box 30785
Lansing, MI  48909


United Collection Bureau, Inc.
5620 Southwyck Blvd, Ste. 206
Toledo, OH  43614


Universal Macomb Ambulance
37583 Mound Road
Sterling Heights, MI  48310


US Career Institute
c/o USCB Corp.
101 Harrison St.
Archbald, PA  18403


Verizon
P.O. BOX  17577
Baltimore, MD  21297-0513


Vion Holdings
c/o Shermeta, Adams & Von Allmen
P.O. BOX 5016
Rochester, MI  48308


WAMU Providian
c/o Asset Acceptance
P.O. BOX 1630
Warren, MI  48090


Washington Mutual
P.O. Box 10467
Greenville, SC  29601

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan

In re  Erwin Francis Wroblewski _____ ,

                      Debtor

Case No. _____

Chapter ____7_____

## VERIFICATION OF LIST OF CREDITORS

     I hereby certify under penalty of perjury that the attached List of Creditors which consists of 11 pages, is true,

correct and complete to the best of my knowledge.

Date ____5-6-11_____

Signature
of Debtor     /s/ Erwin Francis Wroblewski _____

             ERWIN FRANCIS WROBLEWSKI

Robert W Lee
25550 N. River Road
Harrison Twp., MI 48045
(586)469-3556
(586)469-4819